**2013–1832.  State ex rel. Benge v. Hunter.**
Hamilton App. No. C–130565, 2013-Ohio-4502. On motion to dismiss appeal as moot. Motion granted. Cause dismissed.

**2013–1834.  State ex rel. L.J. v. Hunter.**
Hamilton App. No. C–130539. On motion to dismiss appeal as moot. Motion granted. Cause dismissed.

**2013–1835.  State ex rel. Nagel v. Hunter.**
Hamilton App. No. C–130619, 2013-Ohio-4874. On motion to dismiss appeal as moot. Motion granted. Cause dismissed.

**2013–1836.  State ex rel. Landvatter v. Hunter.**
Hamilton App. No. C–130564, 2013-Ohio-4501. On motion to dismiss appeal as moot. Motion granted. Cause dismissed.

**2013–1948.  Atakpu v. Montgomery Cty. Court of Common Pleas.**
In Prohibition. On motion for relief from judgment pursuant to Civ.R. 60(A) and/or (B). Motion denied.

**2014–0248.  State v. Reed.**
Franklin App. No. 13AP–450, 2013-Ohio-5145. On motion for delayed appeal. Motion denied.
    PFEIFER and KENNEDY, JJ., dissent.

**2014–0262.  State v. Bryant.**
Summit App. No. 26774, 2013-Ohio-4996. On motion for delayed appeal. Motion denied.
    PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–0263.  State v. Chionchio.**
Portage App. No. 2012–P–0057, 2013-Ohio-4296. On motion for delayed appeal. Motion denied.
    PFEIFER, FRENCH, and O'NEILL, JJ., dissent.

**2014–0265.  State v. Harris.**
Hamilton App. No. C–130537. On motion for delayed appeal. Motion denied.
    PFEIFER and O'NEILL, JJ., dissent.

**2014–0275.  State v. Brooks.**
Cuyahoga App. No. 100349. On motion for delayed appeal. Motion denied.
    PFEIFER and O'NEILL, JJ., dissent.

**2014–0302.  State v. Dent.**
Summit App. No. 26578. On motion for delayed appeal. Motion denied.

**2014–0316.  Bank of New York Mellon v. Adams.**
Cuyahoga App. No. 99399, 2013-Ohio-5572. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2012–2110, *CitiMortgage, Inc. v. Roznowski,* 5th Dist. Stark No. 2012–CA–93, 2012-Ohio-4901; and briefing schedule stayed.
    O'DONNELL, J., dissents.

**2014–0323.  State v. Nowden.**
Clark App. No. 07CA0120, 2008-Ohio-5383. On motion for delayed appeal. Motion denied.

**2014–0324.  State v. Hailes.**
Wood App. No. WD–13–051. On motion for delayed appeal. Motion denied.
    PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–0325.  State v. Vincent.**
Ross App. No. 13CA3410. On motion for delayed appeal. Motion denied.
    O'NEILL, J., dissents.

**2014–0356.  State v. Cannon.**
Seneca App. No. 13–13–29. On motion for delayed appeal. Motion denied.